728

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN PIZARRO, Appellant

Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT A. SAGISTIANO, Appellant.

Beldock, P. J., Brennan, Hopkins, Benjamin and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB SALONE, Also known as JACOB SOLONE, Appellant.

Beldock, P. J., Brennan, Hopkins, Benjamin and Nolan, JJ., concur.